DANIEL J. BRODERICK, #89424
Federal Defender
ANN H. VORIS, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
FORTUNATO ZARCO-REYES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:09-cr-0482 AWI |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| v. | ) ) | Date: April 26, 2010 |
| FORTUNATO ZARCO-REYES, | ) ) | Time: 9:00 a.m. Judge: Hon. Anthony W. Ishii |
| Defendant. | ) ) ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for April 5, 2010, **may be continued to April 26, 2010, at 9:00 a.m.**

This reason for the continuance is for completion of defense investigation and further plea negotiations. This continuance will conserve time and resources for both parties and the court.

///
///
///
///
///
///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(ii) and (iv).

BENJAMIN B. WAGNER
United States Attorney

DATED: March 31, 2010     By:  /s/ *Ian Garriques*
IAN GARRIQUES
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: March 31, 2010     By:  /s/ *Ann H. Voris*
ANN H. VORIS
Assistant Federal Defender
Attorney for Defendant
Fortunato Zarco-Reyes

## O R D E R

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(ii) and (iv).

IT IS SO ORDERED.

**Dated:   March 31, 2010**          /s/ **Anthony W. Ishii**
CHIEF UNITED STATES DISTRICT JUDGE