1  BENJAMIN B. WAGNER
   United States Attorney
2  IAN L. GARRIQUES
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, CA 93721
   Tel: (559) 497-4000
5

6

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    ) Case No. 1:09-cr-00482 AWI
                                )
12             Plaintiff,       ) STIPULATION TO CONTINUE STATUS
                                ) CONFERENCE; ORDER
13                              )
        v.                      )
14                              ) Date: October 12, 2010
   FORTUNATO ZARCO-REYES,       ) Time: 9:00 a.m.
15                              ) Judge: Hon. Anthony W. Ishii
               Defendant.       )
16 _____)

17     **IT IS HEREBY STIPULATED** by and between the parties hereto,

18 and through their respective attorneys of record herein, that **the**

19 **status conference now set for October 4, 2010, may be continued**

20 **to October 12, 2010, at 9:00 a.m.**

21     The reason for the continuance is to allow time for further

22 case preparation, investigation and plea negotiations.  The

23 parties stipulate and agree that the interests of justice served

24 by granting this continuance outweigh the best interests of the

25 public and the defendant in a speedy trial and that the delay

26 from the continuance shall be excluded from the calculation of

27 time under the Speedy Trial Act pursuant to 18 U.S.C. §§

28 ///

3161(h)(7)(A) and (B)(iv).

Dated: September 30, 2010          Respectfully submitted,

                                   BENJAMIN B. WAGNER
                                   United States Attorney

                              By:  /s/ Ian L. Garriques
                                   IAN L. GARRIQUES
                                   Assistant U.S. Attorney


Dated: September 30, 2010     By:  /s/ Patience Milrod
                                   PATIENCE MILROD
                                   Attorney for Defendant


### O R D E R

The intervening period of delay shall be excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:     September 30, 2010           [signature]
                                   CHIEF UNITED STATES DISTRICT JUDGE